UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LEROY BUTLER,

                   Plaintiff,          Case No. 1:21-cv-332

v.                                Honorable Paul L. Maloney

TERRY J. NOLAN,

                   Defendant.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e).

Dated:  May 21, 2021                 /s/ Paul L. Maloney
                                         Paul L. Maloney
                                       United States District Judge